Commonwealth *v.* Shipman, Appellant.

Before BECKERT, J., without a jury.

Argued September 9, 1975. *John S. Neal, Jr.,* with him *Neal & Patton,* for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Sidney, Appellant.

Before DOTY, J.

Argued September 10, 1975. *Alan J. Candell,* for appellant; *Arnold L. New,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth ex rel. Broome *v.* Broome, Appellant.

Before ROSENBERG, J.

Argued September 8, 1975. *Marshall E. Kresman,* with him *Walder, Martin & Kresman,* for appellant; *Robert Boyd, Jr.,* submitted a brief for appellee.

Order affirmed.